## IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Trustees of the Dorrance Hamilton : 
3/15/1996 Revocable Agreement of :
Trust, :
                Appellant :
                 :
         v. :
                 :
Radnor Township Board :
of Commissioners :           No. 1279 C.D. 2022

**PER CURIAM**           **O R D E R**

        NOW, July 29, 2024, upon consideration of Appellant's application for reargument, and Appellee's answer in response thereto, the application is DENIED.